

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| STATE OFFICE OF RISK MANAGEMENT, | § | No. 08-17-00237-CV |
|  | § | Appeal from the |
| Appellant, | § | County Court at Law No. 5 |
| v. | § | of El Paso County, Texas |
| JONATHAN TORRES, | § | (TC# 2014DCV3435) |
| Appellee. | § |  |

## <u>MEMORANDUM OPINION</u>

Appellant, State Office of Risk Management (SORM), and Appellee, Jonathan Torres, have filed a joint motion to dismiss the appeal. *See* TEX.R.APP.P. 42.1(a)(1). We grant the motion and dismiss the appeal. Costs of the appeal are taxed against the party incurring same. *See* TEX.R.APP.P. 42.1(d).


GINA M. PALAFOX, Justice

February 28, 2018

Before McClure, C.J., Rodriguez, and Palafox, JJ.